September 5, 2019

Please withdraw the debtor education certificate we filed into Ms. Riancho's case. It is for a different debtor. Thank you.

Allison Geving, President, Sage Personal Finance